# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No:  22-cr-76(4) (KMM/TNL) |
| | ) | Date:  2/13/2024 |
| Javeyon Demario Tate, | ) | Court Reporter: Brittany Blesener |
| | ) | Courthouse:  St. Paul |
| Defendant. | ) | Courtroom:  3A |
| | ) | Time Commenced: 2:41 p.m. |
| | ) | Time Concluded:  3:44 p.m. |
| | | Time in Court:  1 Hour & 3 Minutes |

Before Katherine M. Menendez, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:     Thomas Calhoun-Lopez
   For Defendant:  Kenneth Udoibok   X CJA

**X Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1s | X | | 78 months | | 3 years | | |

**See J&C for special conditions**

X Defendant sentenced to pay:
    X Restitution in an amount to be determined.
    X Special assessment in the amount of $100.00 to be paid immediately.

X On Motion of the Gov't., counts 16 – 21, and 29 of the superseding indictment are dismissed as to this defendant only.

X Defendant remains in the custody of the U.S. Marshal.

X Docket nos. 175 and 212 shall remain sealed until February 13, 2044.

                                                                            s/KAT
                                                                Courtroom Deputy